IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Rev. Franklin C. Reaves, Ph.D., *et al.*, ) | | C.A. No. 4:07-1487-TLW-TER |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| vs. ) | | ORDER |
| ) | | |
| City of Mullins, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

      The Plaintiffs brought this *pro se* action against the Defendants, alleging various civil rights violations. On June 18, 2007, Defendants Marion County, Edwin P. Rogers, and K. Donald Fling ("Marion County") moved to dismiss the action or to quash service of process. On July 10, 2007, Defendant State of South Carolina moved to dismiss the action. On January 14, 2008, United States Magistrate Judge Thomas Rogers, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.), filed a Report and Recommendation ("the Report"). In his Report, Magistrate Judge Rogers recommends that Marion County's motion be dismissed as moot and that South Carolina's motion be granted. No objections to the Magistrate's Report were filed.

      This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th

1

Cir. 1983).

In light of this standard, the Court has carefully reviewed the Magistrate's Report and the record in this case. This Court concludes that the Report accurately summarizes this case and the applicable law. Therefore, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 78), that Marion County's motion to dismiss or quash is **DISMISSED AS MOOT** (Doc. # 15), that South Carolina's motion to dismiss is **GRANTED** (Doc. # 39), and that the State of South Carolina is dismissed as a party to this action.

**IT IS SO ORDERED.**

S/ Terry L. Wooten<br>**TERRY L. WOOTEN**<br>**UNITED STATES DISTRICT JUDGE**

March 4, 2008
Florence, South Carolina